IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

DAVID LAFRANCHI,

          Plaintiff,

v.

MICHAEL DITTMANN, GARY HAMBLIN,
DEBORAH MEJCHAR, SALLY WESS
and RANDY TRINUD[1],

          Defendants.

ORDER

11-cv-143-slc
_____

      The Wisconsin Department of Justice has indicated that it will represent the defendants in this case. Pursuant to an informal service agreement between the Department and this court, the Department has agreed to accept electronic service of documents on behalf of the defendants it represents. Therefore, for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document he files with the court to the Department. All he has to do is submit the document to the court, and the Department will access the document through the court's electronic filing system.

      Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

      Entered this 13th day of July, 2011.

                                  BY THE COURT:

                                  /s/

                                  STEPHEN L. CROCKER
                                  Magistrate Judge

---

    [1]I have amended the caption to replace Chaplain Mejchar with the name Deborah Mejchar and the name Lt. Trinud with the name Randy Trinud as identified in the Acceptance of Service.