IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID LaFRANCHI,

    Plaintiff,

v.

MICHAEL DITTMAN, GARY HAMBLIN,
CHAPLAIN MEJCHAR, SALLY WESS and
LT. TRINUD,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-143-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants granting plaintiff's motion to voluntarily dismiss Lt. Trinud without prejudice, denying plaintiff's motion for preliminary injunction, granting summary judgment in favor of Michael Dittman, Gary Hamblin, Captain Mejchar and Sally Wess and dismissing this case.

_____    _6/27/12_
Peter Oppeneer, Clerk of Court    Date